1 **SARA M. PELOQUIN**
California State Bar No. Pending
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Sara_Peloquin@fd.org

5 Attorneys for Mr. Solis-Salazar

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 08MJ0191-JMA |
| 12 Plaintiff, | |
| 13 v. | |
| 14 **GONZALO SOLIS-SALAZAR,** | **NOTICE OF APPEARANCE** |
| 15 Defendant. | |

17      Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                       Respectfully submitted,

22 Dated: January 24, 2008                    /s/ *Sara Peloquin*
                                            **SARA M. PELOQUIN**
23                                             Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Solis-Salazar

1

**CERTIFICATE OF SERVICE**

2  Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3  and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4  Courtesy Copy to Chambers

5  Copy to Assistant U.S. Attorney via ECF NEF

6

7  Dated: January 24, 2008        /s/ *Sara Peloquin*
           **SARA M. PELOQUIN**
           Federal Defenders of San Diego, Inc.
8          225 Broadway, Suite 900
           San Diego, CA 92101-5030
9          (619) 234-8467 (tel)
           (619) 687-2666 (fax)
10         Sara_Peloquin@fd.org